IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

OCTAVIA MITCHELL,

    Plaintiff,

v.

CHICAGO POLICE DEPARTMENT
OFFICER MARTINEZ,
OFFICER CORA

    Defendant.

1:21-cv-01933
Judge Thomas M. Durkin
Magistrate Judge Maria Valdez

RECEIVED

  APR 12 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT AT LAW

The Plaintiff, OCTAVIA MITCHELL, filing pro-se, and complaining of the Defendant, The CHICAGO POLICE DEPARTMENT, OFFICER MARTINEZ & OFFICER CORA (CPD & OFFICERS), states as follows:

1. On April 13, 2019 at approximately 7:43am, the Defendant, CPD & OFFICERS, owned, operated, maintained and controlled a police squad car vehicle traveling southbound at or near 3500 S MLK Blvd in the City of Chicago, County of Cook, State of Illinois.

2. On April 13, 2019 at approximately 7:44am the Defendants, CPD & OFFICERS, pulled over the Plaintiff, OCTAVIA MITCHELL, while driving southbound on 3500 S MLK Blvd. for allegedly being on her cell phone at a stop light.

3. At said time and place, the Plaintiff, OCTAVIA MITCHELL, provided the Defendants, CPD & OFFICERS, the information they requested, driver's license and insurance.

4. The Defendants, CPD & OFFICERS, returned from their vehicle stated the PLAINTFF, OCTAVIA MITCHELL's, license had been revoked.

5. The PLAINTIFF, OCTAVIA MITCHELL, was then ordered to exit the vehicle,

was subsequently handcuffed and informed the Defendants, CPD & OFFICERS, numerous times that her license was not revoked.

6. PLAINTIFF, OCTAVIA MITCHELL, was placed in the back of the squad car were she was detained and her Fourth Amendment was violated after further pleading over and over with the Defendant, CPD & OFFICERS, to run her information again, the CPD database said the PLAINTIFF's drivers license was clear and had not been revoked.

7. The Defendants, CPD & OFFICERS, erroneous database and Defendants neglect to initially run the Plaintiff's information more than once.informed the PLAINTIFF, that she was free to go. At all times relevant herein, the Defendant, WALTER R. SMISKOL, owed the Plaintiff a duty to exercise due care and caution in the operation and control of his motor vehicle, to obey all rules and provisions of the Illinois Motor Vehicle Code and the Municipal Code of Chicago

8. At the aforementioned time and place, the Defendant, CPD & OFFICERS, was guilty of one or more of the following careless and negligent acts and/or omissions:

 a. **Article V – Rules of Conduct**: Rule 8 – Disrespect to or maltreatment of any person, while on or off duty.

 b. **Article V – Rules of Conduct**: Rule 9 – Engaging in any unjustified verbal or physical altercation, while on or off duty.

 c. **Article V – Rules of Conduct**: Rule 10 – Inattention to duty

 d. **Article V – Rules of Conduct**: - Rule 11 – Incompetency or inefficiency in the performance of duty.

 e. Defendants erroneous database and negligence to run Plaintiff's information more than once before arrest led to extreme embarrassment and harassment by the Defendants.

9. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the PLAINTIFF, OCTAVIA MITHCELL, the

Plaintiff suffered injuries of a personal and mental nature.

10.  As a direct and proximate result of one or more of the aforesaid negligent acts of the Defendant, CPD & OFFICERS, the mental and physical state of the Plaintiff, was greatly damaged.

WHEREFORE, the Plaintiff, OCTAVIA MITCHELL, prays for a judgment against the Defendant, CPD & OFFICERS, in an amount in excess of $50,000.00 including costs of suit.

_____
OCTAVIA MITCHELL
Plaintiff - Pro-Se

Octavia Mitchell
Street Address
City St Zip

Plaintiff suffered injuries of a personal and mental nature.

10.  As a direct and proximate result of one or more of the aforesaid negligent acts of the Defendant, CPD & OFFICERS, the mental and physical state of the Plaintiff, was greatly damaged.

WHEREFORE, the Plaintiff, OCTAVIA MITCHELL, prays for a judgment against the Defendant, CPD & OFFICERS, in an amount in excess of $50,000.00 including costs of suit.

_____ 04/12/2021
OCTAVIA MITCHELL
Plaintiff - Pro-Se

Octavia Mitchell
Street Address
City St Zip